UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Christopher R. Beaulieu

    v.                                                Civil No. 12-cv-191-JD

Frisbee Memorial Hospital, et al.


**ORDER GRANTING MOTION TO PROCEED**
***IN FORMA PAUPERIS***

The plaintiff, an inmate at New Hampshire State Prison ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution. The certificate evidences that over the last six months, the plaintiff's average deposits have been $12.04 and the plaintiff's average monthly balance has been $.08. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED. While 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance is $.08 there shall be no initial filing fee assessed. Going forward, however, the plaintiff shall be responsible for monthly payments of 20% of each preceding month's income credited to his account, which shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2). .

The monthly payments as outlined above shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this Order, along with a copy of the signed

Prisoner Consent Form (doc. no. 5-1), shall be forwarded by the Court to the Institutions inmate account department.

      SO ORDERED.

                                        /s/ Daniel J. Lynch
                                        Daniel J. Lynch
                                        United States Magistrate Judge

Dated: June 26, 2012

cc:   Christopher R. Beaulieu
      NH State Prison Inmate Accounts